**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **BEATRIZ YOLANDA GARCIA HENAO** | **DOCKET NO. 2:26-cv-0797** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KENNETH GENALO, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# ORDER

Before the court is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by pro se petitioner Beatriz Yolanda Garcia Henao on February 28, 2026. Doc. 1. Henao is an immigration detainee in the custody of the Department of Homeland Security/U.S. Immigration and Customs Enforcement ("DHS/ICE") and is currently detained at the South Louisiana ICE Processing Center in Basile, Louisiana.

Henao is a native and citizen of Colombia. Her petition was originally filed in the Eastern District of New York (doc. 1) and transferred to this Court on March 13, 2026, as it was determined that she was located in the Western District of Louisiana at the time the petition was filed (doc. 7). The United States Attorney's Office for the Western District of Louisiana was substituted as counsel for the Government on April 2, 2026 (doc. 13) but has not yet filed a Response to the Petition.

Accordingly,

**IT IS ORDERED** that the Government is to file a response to the instant Petition within **sixty (60) days** of the date of this Order, providing the Court with summary judgment evidence indicating whether Petitioner's detention is lawful. Respondents shall also file a memorandum of law briefing the issues raised in the answer and citing applicable statutory and case law.

**IT IS FURTHER ORDERED** that Petitioner will be given twenty-one (21) days following the filing of Respondents' answer to produce contradictory evidence on the issue of the lawfulness of his detention.

**After the record is complete and all legal delays have run, the court will determine the necessity of an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will issue without further notice.**

Petitioner's failure to comply with this order or to notify the court of any change in his address will result in a recommendation that his petition be dismissed without prejudice under LR 41.3.

THUS DONE AND SIGNED in chambers this 28th day of September, 2026.

THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE